UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Martin Castellanos, Jr., | Case No. 2:25-cv-02406-DJA |
| Plaintiff, | ORDER |
| v. | AND |
| United States of America ex rel Department of the Air Force; et al., | REPORT AND RECOMMENDATION |
| Defendants. | |

This action was filed on December 4, 2025. The Court issued a notice of intent to dismiss pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by April 4, 2026. (ECF No. 6) To date, no proof of service has been filed.

Accordingly, it is ordered that the Clerk of Court is kindly directed to randomly assign a district judge to this matter because not all parties have consented to magistrate judge jurisdiction. *See* 28 U.S.C. § 636.

It is recommended that this case be dismissed without prejudice.

## **NOTICE**

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985) *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues could waive the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *see Britt v. Simi*

*Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012).

DATED THIS 1st day of June 2026.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE