**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARTIN CASTELLANOS, JR., | Case No.: 2:25-cv-02406-APG-DJA |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | [ECF No. 7] |
| UNITED STATES OF AMERICA, et al., | |
| Defendants | |

On June 1, 2026, Magistrate Judge Albregts recommended that I dismiss this case without prejudice because plaintiff Martin Castellanos, Jr. did not file proof of service by the given deadline. ECF No. 7.  Castellanos did not object and the time to do so has expired.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation (ECF No. 7) is accepted, and plaintiff Martin Castellanos, Jr.'s complaint (ECF No. 1) is dismissed without prejudice.  The clerk of court is instructed to close this case.

DATED this 18th day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE